**JAMES E. SEYKORA**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 1478**
**Billings, MT 59103**
**2929 Third Ave. North, Suite 400**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**
**Email: jim.seykora@usdoj.gov**



**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 10- 134 BLG- RFC |
| **Plaintiff,** | **INDICTMENT** |
| **vs.** | **CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE METHAMPHETAMINE (Count I)** Title 21 U.S.C. §§ 846 **(Penalty: Mandatory minimum ten years to life imprisonment, $4,000,000 fine, and at least five years supervised release)** |
| **TANYA MARIE NAVA, LARRY KOPP,** | |
| **Defendants.** | |

1

| | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count II)** Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum ten years to life imprisonment, $4,000,000 fine, and at least five years supervised release) **DISTRIBUTION OF METHAMPHETAMINE (Counts III, IV, V and VI)** Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum five to forty years imprisonment, $2,000,000 fine, and at least four years supervised release) **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about an unknown date believed to be in 2008, and before, and continuing thereafter to the present, at Billings, Grass Range, and Roundup, in the State and District of Montana, and elsewhere, the defendants, TANYA MARIE NAVA and LARRY KOPP, and others known and unknown to the Grand Jury, knowingly and unlawfully conspired and agreed to possess with the intent to distribute

2

and distribute, in violation of 21 U.S.C. § 841(a)(1), over 500 grams of mixture or substance containing methamphetamine or over 50 grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That on or about an unknown date believed to be in 2008, and before, and continuing thereafter to the present, at Billings, Grass Range, and Roundup, in the State and District of Montana, the defendants, TANYA MARIE NAVA and LARRY KOPP, did knowingly and unlawfully possess with intent to distribute over 500 grams of a mixture or substance containing methamphetamine or over 50 grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT III

That on or about September 16, 2009, at Grass Range, in the State and District of Montana, the defendants, TANYA MARIE NAVA and LARRY KOPP, did knowingly and unlawfully distribute 43.2 grams of 49.4% methamphetamine or 21.3 grams of actual methamphetamine,

3

a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1)
and 18 U.S.C. § 2.

## COUNT IV

That on or about September 29, 2009, at Billings, in the State and
District of Montana, the defendants, TANYA MARIE NAVA and
LARRY KOPP, did knowingly and unlawfully distribute five grams or
more of actual methamphetamine, a Schedule II controlled substance,
in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT V

That on or about October 23, 2009, at Roundup, in the State and
District of Montana, the defendants, TANYA MARIE NAVA and
LARRY KOPP, and unindicted co-conspirator C.G., did knowingly and
unlawfully distribute five grams or more of actual methamphetamine, a
Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1)
and 18 U.S.C. § 2.

4

## COUNT VI

That on or about November 12, 2009, at Billings, in the State and

District of Montana, the defendants, TANYA MARIE NAVA and

LARRY KOPP, and unindicted co-conspirator C.G., did knowingly and

unlawfully distribute more than five grams of actual

methamphetamine, a Schedule II controlled substance, in violation of

21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

### *Pinkerton Theory of Liability*

Counts II through VI are subject to a *Pinkerton* theory of liability.

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

_____
for KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

**Crim. Summons** _____
**Warrant:** ✓ (both)
**Bail:** none set.
Nava in state custody
at YCDF

5