IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JAN 18 2018
Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 10-134-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| LARRY KOPP, | |
| Defendant. | |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the Final Hearing regarding Revocation of Supervised Release currently scheduled for Thursday, January 18, 2018 at 1:30 p.m. is **VACATED** and reset to commence on **Thursday, January 25, 2018 at 9:30 a.m.**

The clerk is directed to notify counsel and the United States Marshals Service of the entry of this Order.

DATED this 18th day of January, 2018.

SUSAN P. WATTERS
United States District Judge