IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUN 25 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY KOPP,<br><br>Defendant. | CR 10-134-BLG-SPW-2<br><br>ORDER |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the Final Hearing regarding Revocation of Supervised Release currently scheduled for Thursday, June 28, 2018 at 2:30 p.m. is **VACATED** and reset to commence on **Thursday, June 28, 2018 at 9:30 a.m., changing the time of the hearing only.**

The clerk is directed to notify counsel of the entry of this Order.

DATED this 25th day of June, 2018.

SUSAN P. WATTERS
United States District Judge